UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>         v.<br><br>DOUVER T. BRAGA,<br><br>                      Defendant. | Case No. CR22-169-TL<br><br>DETENTION ORDER |

Defendant Douver Braga is charged with twelve (12) counts of Wire Fraud and one (1) count of Conspiracy to Commit Wire Fraud. The Court held a detention hearing on February 28, 2025, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as this case involves a serious risk of fligth.

2. Mr. poses a risk of nonappearance for several reasons. First, the underlying charges involve serious allegations of a $290 million Ponzi fraud scheme, as outlined in the multi-count indictment. And, the government proffers much of the

DETENTION ORDER - 1

proceeds from the alleged scheme have not been recovered and therefore available to Mr. Braga. Second, the weight of the evidence against Mr. Braga, which includes video of Mr. Braga making representations about investing with Trade Coin Club ("TCC") and TCC data showing there was no software and no trading, strongly favors detention. Third, Mr. Braga is a citizen of Brazil, with vast resources in Brazil including a lucrative construction business and at least two residences worth approximately $1.3 million. Mr. Braga has family in Brazil and has limited ties to this jurisdiction. Brazil also does not have an extradition treaty with the United States. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Braga's appearance at future court hearings.

IT IS THEREFORE ORDERED:

(1) Mr. Braga shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Braga shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Braga is confined shall deliver Mr. Braga to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Braga, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of February, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3